Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed with finding of fact. Opinion filed December 30, 1921.
George H. Kriete, for appellant. Tinsman & Blocki, for appellee.
Mr. Justice Barnes delivered the opinion of the court.

---

**Irene B. Woolf, executrix of the estate of Alfred E. Woolf, deceased, appellee, v. R. Gottlieb, appellant. Gen. No. 26,539.**
Action for money due upon a promissory note executed by defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed and remanded. Opinion filed December 30, 1921.
Joseph J. Kroupa, for appellant. Schuyler & Weinfeld, for appellee.
Mr. Justice Morrill delivered the opinion of the court.

---

**Irene B. Woolf, executrix of the estate of Alfred E. Woolf, deceased, defendant in error, v. R. Gottlieb, plaintiff in error. Gen. No. 26,699.**
Petition to vacate a judgment in a case consolidated with another case for hearing, which latter case was reversed. Error to the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Writ dismissed. Opinion filed December 30, 1921.
Joseph J. Kroupa, for plaintiff in error. Schuyler & Weinfeld, for defendant in error.
Mr. Justice Morrill delivered the opinion of the court.

---

**Arthur D. Lord, appellee, v. J. D. Shatford, appellant. Gen. No. 26,573.**
Action to recover commissions alleged to be due upon the sale of oil property owned by defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed December 30, 1921. Rehearing denied January 4, 1922. *Certiorari* denied by Supreme Court (making opinion final).
Hoag & Ullmann, for appellant. Campbell & Fischer, for appellee.
Mr. Justice Morrill delivered the opinion of the court.

---

**Oakland Motor Car Company, appellee, v. Flynn Auto Livery, appellant. Gen. No. 26,576.**
Action of replevin to determine right to possession of an automobile. Judgment for plaintiff for damages. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed December 30, 1921.
Abram E. Mabie and Henry Roth, for appellant. Howe, Fordham & Kreamer, for appellee; Albert C. Fordham, of counsel.
Mr. Justice Morrill delivered the opinion of the court.